In the Matter of the Intermediate Account of UNION TRUST COMPANY OF JAMESTOWN, NEW YORK, Administrator with the Will Annexed of the Estate of MARTIN MERZ, Deceased.— Motion granted amending *nunc pro tunc* the order entered May 4, 1936, which granted leave to appeal to the Court of Appeals. [See 246 App. Div. 889; *ante*, p. 671.] Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

OTHINE LABORATORIES, INCORPORATED, Respondent, v. WYLIE B. JONES ADVERTISING AGENCY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

JOSEPH R. DAVIES and Another, Respondents, v. IROQUOIS GAS CORPORATION, Appellant.— Motion to amend order of May 6, 1936, granted. Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See *ante*, p. 670.] Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

GENESEE VALLEY NATIONAL BANK AND TRUST COMPANY, Respondent, v. EDWIN B. COLLISTER, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Appellant, v. LEONARD BEVILACQUA, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See 247 App. Div. 599.] Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the APPOINTMENT OF AN OFFICIAL REFEREE.— Hon. Arthur E. Sutherland of Rochester is appointed an official referee of the Supreme Court.